**Order entered February 16, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00520-CR

### JOSEPH MICHAEL MARRA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-84582-2018**

## ORDER

Appellant's brief is overdue. Appellant's brief was originally due November 6, 2022. On November 7, 2022, appellant moved for an extension of time to file the brief; the Court granted the motion on November 8, 2022 and ordered appellant's brief filed by December 6, 2022. Appellant filed a second motion for extension of time to file the brief on December 6, 2022; on December 8, 2022, the Court granted the motion and ordered appellant's brief filed by January 5, 2023. On January 5, 2023, appellant filed a third motion for extension of time to file the

brief; on January 9, 2023, the Court granted the motion and ordered appellant's brief filed by February 6, 2023. In the January 5, 2023 order, the Court cautioned appellant that if the brief was not filed by February 6, 2023, the Court may abate the case for a hearing in the trial court to determine why the brief has not been filed. As of the date of this order, the brief is more than ten days overdue, and appellant's counsel has not filed either the brief, a further motion for extension, or otherwise communicated with the Court concerning the brief.

The Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant has abandoned the appeal, or whether appellant's counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If counsel has abandoned the appeal, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, **including appointment of new counsel.**

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrea Thompson, Presiding Judge, 416th Judicial District Court; and to counsel for all parties.

This appeal is **ABATED** to allow the trial court to comply with the above order. This appeal shall be reinstated when the record transmitted by the trial court is received or at such other time as the Court deems proper.

/s/    ERIN A. NOWELL
JUSTICE